JS-6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| **DERRICK L. SLEDGE,** | )<br>) |
| Petitioner, | )  Case No. CV 15-120-CAS(AJW) |
| vs. | )<br>) |
| **E.M. SPEARMAN, Warden,** | )  JUDGMENT |
| Respondent. | )<br>) |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed for lack of jurisdiction.

Dated: 1/22/15

_____
Christina A. Snyder
United States District Judge